UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | ) ) ) ) |
| DENNIS F. NALICK | ) 4: 99 MC 081 CEJ ) ) ) |

**ORDER**

This Court has been advised by receipt of a certified copy of the April 10, 2006 order of the Supreme Court of Missouri, entered in **In re: Dennis F. Nalick**, Cause No. 87530, that Dennis F. Nalick has been suspended from the practice of law by the Supreme Court of Missouri. This action was taken as reciprocal discipline resulting from Respondent's suspension from the practice of law in the State of Illinois, pursuant to an order of the Illinois Supreme Court issued on May 17, 2004.

Dennis F. Nalick has been admitted to practice before this Court. In accordance with Local Rule 12.02 and the Rules of Disciplinary Enforcement, this Court issued its order dated May 1, 2006 directing Dennis F. Nalick to show cause in writing within thirty days after service of that order why the identical discipline prescribed by the Supreme Court of Missouri should not be imposed by this Court. The order was served on May 5, 2006 by delivery via certified mail at Respondent's

last known address. A timely response has been filed by Respondent on May 26, 2006. Nothing asserted in Respondent's three page response and attachments demonstrates a credible basis upon which this Court could find, as required by Rule II D of the Rules of Disciplinary Enforcement, that procedural due process was lacking in the state court disciplinary proceeding, or that there was an infirmity of proof establishing the misconduct in the other jurisdiction, or that the imposition of the same discipline would result in a grave injustice, or that the misconduct of the Respondent warrants substantially different discipline.

Therefore, this Court finds that the identical discipline ordered by the Supreme Court of Missouri should be imposed on Dennis F. Nalick pursuant to the rules of this Court.

Accordingly, **IT IS HEREBY ORDERED** that Dennis F. Nalick be suspended from the roll of attorneys authorized to practice law in the United States District Court for the Eastern District of Missouri.

Dated this 31st day of July, 2006.

**BY THE COURT:**

_[signature]_
Chief Judge Carol E. Jackson

_[signature]_
Judge Jean C. Hamilton

_[signature]_
Judge Donald J. Stohr

_[signature]_
Judge Charles A. Shaw

_[signature]_
Judge Catherine D. Perry

_[signature]_
Judge E. Richard Webber

_[signature]_
Judge Rodney W. Sippel

_[signature]_
Judge Henry E. Autrey